Case 2:19-cv-07448-WHW-CLW   Document 3   Filed 03/04/19   Page 1 of 2 PageID: 8

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

HYPERLYNC TECHNOLOGIES, INC.,
*Defendant*

CASE NUMBER: 2:19-CV-07448-WHW-CLW

TO: *(Name and address of Defendant):*

Hyperlync Technologies, Inc.
c/o Corporation Service Company (registered agent)
1201 Hays Street
Tallahassee, FL 32301
(850) 521-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen F. Roth, Esq.
Lerner, David, Littenberg, Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel. (908) 654-5000; Fax (908) 654-7866; E-mail: SRoth@lernerdavid.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2019-03-04 10:50:27, Clerk
USDC NJD

Case 2:19-cv-07448-WHW-CLW Document 3 Filed 03/04/19 Page 2 of 2 PageID: 9

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE March 8, 2019 |
|---|---|
| NAME OF SERVER (PRINT) Christopher Compton | TITLE CPS#101 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Kara Stover   PERSON IN CHARGE AT THE OFFICE OF THE REGISTERED AGENT OF THE CORPORATION.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 8, 2019
        Date            Signature of Server

Address of Server: 1280 Cedar Center Drive, Tallahassee, FL 32301

442344