# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

-------------------------------------------------- X

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP

        Plaintiff,                    Civil Action No.: 2:19-cv-07448 WHW-CLW

v.

                                             **APPEARANCE OF COUNSEL**

HYPERLYNC TECHNOLGIES, INC.,

        Defendant.

-------------------------------------------------- X

To:    The Clerk of the Court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendant, Hyperlync Technologies, Inc.

                                             Vyzas & Associates, P.C.

Dated: March 28, 2019                    /s/ Brian T. Flanagan
                                    By:    Brian T. Flanagan, Esq.
                                                20 Oakland Avenue
                                                Jersey City, New Jersey 07306
                                                Tel:    (201) 216-0800
                                                Fax:   (201) 630-4070
                                                brian@vyzaslaw.com

                                                *Attorneys for the Defendant,*
                                                *Hyperlync Technologies, Inc.*